**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CHRISTOPHER ROBERT NOLAND, | CASE NO. CASE NO. 2:26-CV-00914-JHC |
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANT TRANS UNION LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |
| TRANS UNION LLC, *doing business as* TRANSUNION, | |
| Defendant. | |

THIS MATTER is before the Court on Defendant Trans Union LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Plead.  Dkt. # 13.

The Court has considered Trans Union's Motion, and it is so ORDERED AND ADJUDGED that the Motion is GRANTED.  Trans Union shall file its Answer or otherwise respond to Plaintiff's Complaint no later than May 22, 2026.

DATED this 30th day of April, 2026.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING TRANS UNION LLC'S**
**UNOPPOSED MOTION FOR EXTENSION OF**
**TIME TO ANSWER OR OTHERWISE PLEAD–**
**2:26-cv-00914-JHC**