UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER ROBERT NOLAND,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, doing business as TRANSUNION,<br><br>Defendant. | CASE NO. 2:26-CV-00914-JHC<br><br>ORDER |

Before the Court is the parties Stipulated Motion for Dismissal with Prejudice.  Dkt. # 15. The Court GRANTS the motion and DISMISSES all claims against Defendant with prejudice. Each party shall bear their own fees, costs, and expenses.  The Court DIRECTS the Clerk to close this matter.

Dated this 7th day of May, 2026.

John H. Chun
United States District Judge

ORDER - 1